JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIRA ARTEAGA MOODY,<br><br>        Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 5:25-CV-02817 ADS<br><br><br>JUDGMENT RE VOLUNTARY<br>REMAND PURSUANT TO SENTENCE<br>FOUR OF 42 U.S.C. § 405(G) |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment be entered for Plaintiff.

Dated April 22, 2026.          _____/s/ Autumn D. Spaeth_____
                                                    HONORABLE AUTUMN D. SPAETH
                                                    United States Magistrate Judge

Judgment on Remand                                                          Page 1